UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

65 CADILLAC SQUARE JPMC 2006-CIBC14
REO LLC,

      Plaintiff,

v.                                            Case No. 09-13299

DTWR, LLC, et al.,

      Defendants.
                                            /

**ORDER SCHEDULING TELEPHONE CONFERENCE**

On October 19, 2009, the parties in the above-captioned matter appeared, though counsel, for a scheduling conference. During the scheduling conference, counsel requested a brief delay of formal discovery proceedings in order to pursue a settlement to this action. The court is persuaded that the parties will work diligently toward an amicable resolution of this action and that an adjournment is appropriate under the circumstances presented. Accordingly, the court will schedule a telephone conference for November 17, 2009, to determine the progress the parties have made and whether a further adjournment is necessary.[1]

IT IS ORDERED that the October 19, 2009 scheduling conference is ADJOURNED until **November 17, 2009 at 4:00 p.m.**

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: October 21, 2009

---

[1] If the case has not settled by November 17, 2009, the court will likely issue a non-jury scheduling order, with 90 to 120 days of discovery.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 21, 2009, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522