UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **65 Cadillac Square JPMC 2006-CIBC14 REO, LLC,** an Ohio limited liability company | Case No: 2:09-cv-13299-RHC-VMM |
| Plaintiff, | |
| vs. | |
| **DTWR, LLC,** et al. | Hon.: Robert H. Cleland |
| Defendants | |

| | |
|---|---|
| MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>Dennis G. Bonucchi (P26954)<br>Eric C. Bartley (P69792)<br>840 West Long Lake Road, Suite 200<br>Troy, Michigan 48098<br>Attorneys for Plaintiff<br>(248) 879-2000 | SCHAFER AND WEINER, PLLC<br>Joseph K. Grekin (P52165)<br>Michael E. Baum (P29446)<br>40950 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304<br>Attorneys for Defendants<br>(248) 540-3340 |

## ORDER REGARDING STATUS CONFERENCE

On July 12, 2010, counsel for the parties to this action and counsel for the Court-appointed Financial Monitor appeared before the Court telephonically for a status conference regarding this matter. Pursuant to the agreement of the parties and Financial Monitor by their respective counsel,

IT IS ORDERED THAT the parties shall on or before July 23, 2010 select a mediator to conduct a non-binding mediation of the outstanding issues in this matter. If the parties, acting in good faith, cannot select a mutually satisfactory mediator by such date, the parties shall advise the Court, and the Court will assist with the selection.

IT IS FURTHER ORDERED THAT on or before August 9, 2010, the parties shall have arranged with the selected mediator a briefing schedule and a date for the mediation hearing that is satisfactory to the parties and the selected mediator. The Court will be available to assist, as necessary, with the mediation process. **COUNSEL ARE DIRECTED TO NOTIFY THE**

COURT OF THE MEDIATOR AND THE DATE AND TIME OF THE SCHEDULED MEDITATION.

    IT IS SO ORDERED

                        s/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated: July 20, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 20, 2010, by electronic and/or ordinary mail.

                        s/Lisa Wagner
                        Case Manager and Deputy Clerk
                        (313) 234-5522

The undersigned stipulate to the entry of this Order:

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:    /s/ Eric C. Bartley

    Dennis G. Bonucchi (P26954)
    Eric C. Bartley (P69792)
    Attorneys for Plaintiff
    Miller, Canfield, Paddock and Stone, P.L.C.
    840 West Long Lake Road, Suite 200
    Troy, MI 48098-6358
    bartley@millercanfield.com

By: /s/ Joseph K. Grekin
Joseph K. Grekin (P52165)
Attorney for Defendants
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
jgrekin@schaferandweiner.com

18,161,770.2\131318-00058
07/13/10 1:07 PM