**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

65 CADILLAC SQUARE JPMC 2006-CIBC14
REO LLC,

      Plaintiff,

v.                                                       Case No. 09-13299

DTWR, LLC, et al.,

      Defendants.
                                                    /

**ORDER APPOINTING FACILITATIVE MEDIATOR**

After consultation with the parties concerning the status of their efforts to reach settlement, the court is informed that both parties desire to employ facilitative mediation. The parties have consulted with the court and suggested several suitable facilitators. The parties sought the court's guidance in the selection of one of them, and have agreed with the court that Judy A. O'Neill will be appointed as facilitative mediator. Accordingly,

IT IS ORDERED that JUDY A. O'NEILL is appointed by the court as facilitative mediator, whose fees and expenses shall be paid on a pro rata basis by the parties, 50% by Plaintiff(s) and 50% by Defendant(s), on a schedule as directed by the mediator.

IT IS FURTHER ORDERED that the process of such mediation shall proceed in a manner directed by the mediator.

IT IS FURTHER ORDERED that if the mediator directs that one or more decision-making representatives of the parties be required to personally attend the

mediation, the parties shall comply with such directive.

It is the intent of the court that the ordered mediation is to proceed during the month of January, 2011, and that the parties make good faith efforts to reach a binding and final agreed-upon resolution to the issues that presently divide them.

The mediator is expected only to assist the parties in their good-faith efforts, and is not expected to render any decision that is the equivalent of binding arbitration nor is the mediation to proceed under Michigan sanction rules relating to case evaluation.

                                                  s/Robert H. Cleland  
                                                  ROBERT H. CLELAND  
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 21, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 21, 2010, by electronic and/or ordinary mail.

                                                  s/Lisa G. Wagner  
                                                  Case Manager and Deputy Clerk  
                                                  (313) 234-5522