UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

65 CADILLAC SQUARE JPMC 2006-CIBC14
REO LLC,

      Plaintiff,

v.                                                 Case No. 09-13299

DTWR, LLC, et al.,

      Defendants.

                                                           /

**ORDER SETTING DEADLINE TO PARTICIPATE IN FACILITATION
AND SETTING TELEPHONE CONFERENCE**

      On October 19, 2009, the parties in the above-captioned matter appeared, though counsel, for a scheduling conference. During the scheduling conference, counsel requested a brief delay of formal discovery proceedings in order to pursue a settlement to this action. About a month later, in a subsequent conference, counsel indicated that they were working diligently toward an amicable resolution of this action and that a further adjournment of proceedings was necessary to continue their efforts. Since that time, this case has been on the court's inactive docket while the parties continued working toward a settlement. From time to time, counsel has required further prompting or intervention by the court to, for example, select a facilitator and set a facilitation date. Yet, to this date, final facilitation has not occurred. The court's patience is dwindling. If this case is to facilitate, it must do so immediately. If, instead, the parties want to proceed to trial, the court will place this case back on its active docket, on a fast track to a bench trial. Under either scenario, the court is no longer content to allow this case to remain in limbo indefinitely. The court will therefore set a

firm deadline by which the facilitation must occur. If the case does not facilitate, or does not settle, the matter will be reopened and a scheduling order will be issued. Accordingly,

IT IS ORDERED that the parties are DIRECTED to complete, not merely schedule, facilitation by **May 20, 2011**. Counsel and party representatives with full settlement authority shall personally appear at the facilitation, prepared to facilitate in good faith.

IT IS FURTHER ORDERED that counsel shall participate in a telephone conference on **May 25, 2011 at 11:00 a.m.** The court will initiate the call.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 18, 2011, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\09-13299.65CADILLAC.Faciliation.wpd

2