UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **65 Cadillac Square JPMC 2006-CIBC14 REO, LLC,** an Ohio limited liability company | Case No: 2:09-cv-13299-RHC-VMM |
| Plaintiff, | |
| vs. | Hon. Robert H. Cleland |
| **DTWR, LLC,** et al. | |
| Defendants. | |

| | |
|---|---|
| MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>Dennis G. Bonucchi (P26954)<br>Eric C. Bartley (P69792)<br>840 West Long Lake Road, Suite 200<br>Troy, Michigan 48098<br>Attorneys for Plaintiff<br>(248) 879-2000 | SCHAFER AND WEINER, PLLC<br>Joseph K. Grekin (P52165)<br>Michael E. Baum (P29446)<br>40950 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304<br>Attorneys for Defendants<br>(248) 540-3340 |
| WARNER NORCROSS & JUDD LLP<br>Michael G. Cruse (P38837)<br>2000 Town Center, ,Suite 2700<br>Southfield, Michigan 48075-1318<br>Attorney for Michael Kalil,<br> Independent Financial Monitor<br>(248) 784-5131 | WARNER NORCROSS & JUDD LLP<br>Anissa C. Hudy (P57923)<br>12900 Hall Road, Suite 440<br>Sterling Heights, Michigan 48313<br>Attorneys for Michael Kalil,<br> Independent Financial Monitor<br>(248) 784-5199 |

## STIPULATED ORDER TO COMPEL DISCOVERY

At a session of said Court, held in the United States District Court for the Eastern District of Michigan, on the 19th day of December, 2011

PRESENT:   HONORABLE ROBERT H. CLELAND, U.S. District Judge

This matter, having come before the Court upon the stipulation of the parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, in accordance with the foregoing stipulation, that the Defendants shall supply full and complete responses to Plaintiff's First Set of Interrogatories Directed to Defendants on or before January 4, 2012;

IT IS FURTHER ORDERED, in accordance with the foregoing stipulation, that the Defendants shall produce or make available for inspection and copying all documents and information responsive to Plaintiff's First Set of Requests for Production of Documents to Defendants and Plaintiff's Second Set of Requests for Production of Documents to Defendants on or before January 4, 2012.

                                             s/Robert H. Cleland
                                             Honorable Robert H. Cleland

Dated:  December 19, 2011


APPROVED AS TO FORM AND CONTENT:


s/ Eric C. Bartley
Eric C. Bartley (P69792)
Miller, Canfield, Paddock and Stone, PLC
*Attorneys for Plaintiff*

s/ with consent of Tracey L. Porter
Tracey L. Porter (P69984)
Schafer and Weiner, PLLC
*Attorneys for Defendants*

19,617,049.2\145821-00002
12/13/11 4:39 PM