# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

65 CADILLAC SQUARE JPMC 2006-CIBC14
REO LLC,

      Plaintiff,

v.                                              Case No. 09-13299

DTWR, LLC, et al.,

      Defendants.
                                          /

## ORDER OF ADMINISTRATIVE CLOSING

The court has been informed that the parties anticipate an amicable resolution to this matter and that a stipulated order of dismissal will be presented within the next few days. Further court involvement appears unnecessary. In accordance with counsel's representations,

IT IS ORDERED that this matter is CLOSED for statistical purposes.

IT IS FURTHER ORDERED that nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights, and that no previously ordered deadlines are affected hereby.

IT IS FURTHER ORDERED that, in the event that no final dismissal order is presented to the court for entry before 3:00 p.m. on Friday, February 3, 2012, this case shall be reinstated to the court's active docket at that time, and the litigation will proceed

as if the case had never been closed.  In such event, the court anticipates that all

outstanding replies must be filed by the end of the day on February 3, 2012.

          S/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated:  January 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 30, 2012, by electronic and/or ordinary mail.

          S/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522